### 33980. WILLIAMSON v. WILLIAMSON.

UNDERCOFLER, Presiding Justice.

Appellant was held in contempt for failure to comply with a provision of a divorce decree which he contends is a property settlement. He argues that the provision merely declares the rights of the parties and since the decree did not command performance he cannot be held in contempt. We affirm. *Duke v. Smith,* 242 Ga. 207 (1978). We find no merit in the remaining enumerations of error.

*Judgment affirmed. All the Justices concur.*

SUBMITTED SEPTEMBER 1, 1978 — DECIDED SEPTEMBER 28, 1978.

*Thomas F. Jarriel,* for appellant.
*I. Burl Davis,* for appellee.